AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mihm, Michael M. | Central District of Illinois | 04/21/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2008<br>to<br>12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 204 Federal Building<br>100 N.E. Monroe<br>Peoria, IL 61602 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Abraham Lincoln Inns of Court - Peoria |
| 2. Board of Directors | Forest Park Foundation - Peoria |
| 3. Board of Directors | U.S. Russia Foundation for Economic Advancement & Rule of Law |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2009 APR 27 A 10: 07
FINANCIAL DISCLOSURE OFFICE

Mihm_Michael_M

| Name of Person Reporting | Date of Report |
|---|---|
| Mihm, Michael M. | 04/21/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | John Marshall Law School - Adjunct Professor of Law - Taught two week long accelerated trial advocacy courses in calendar year 2008. (Cont. Part VIII) | $12,000 |
| 2. 2008 | State Department Grant (see explanation Part VIII) | $3,900.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. U.S. Russian Foundation for Economic Advancement & Rule of Law | 04/15/2008 - 04/17/2008 | Washington, DC | Board Meeting | Transportation, loding, food, misc. |
| 2. U.S. Russian Foundation for Economic Advancement & Rule of Law | 06/01/2008 - 06/04/2008 | St. Petersburg, Russia | Board Meeting | Transportation, loding, food, misc. |
| 3. U.S. Russian Foundation for Economic Advancement & Rule of Law | 09/06/2008 - 09/12/2008 | Moscow, Russia | Board Meeting | Transportation, loding, food, misc. |
| 4. U.S. Russian Foundation for Economic Advancement & Rule | 11/05/2008 - 11/06/2008 | Washington, DC | Board Meeting | Transportation, loding, food, misc. |

| Name of Person Reporting | Date of Report |
|---|---|
| Mihm, Michael M. | 04/21/2009 |

e of Law

| | | | | |
|---|---|---|---|---|
| 5. U.S. Russian Foundation for Economic Advancement & Rul e of Law | 11/16/2008 - 11/18/20 08 | Washington, DC | Meet w/ CIJR | Transportation, loding, food, misc. |

| Name of Person Reporting | Date of Report |
|---|---|
| Mihm, Michael M. | 04/21/2009 |

| Name of Person Reporting | Date of Report |
|---|---|
| Mihm, Michael M. | 04/21/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. New York Life Insurance Company | Loan on value of whole life insurance | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mihm, Michael M. | 04/21/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AXA Elite Annuity (see explanation Part VIII) | A | Dividend | L | T | | | | | |
| 2. Morgan Stanley (sp) Nationwide Elite Venue IRA (See Part 8) | | None | K | T | | | | | |
| 3. Morgan Stanley Active Asset Money Trust and Money Market | B | Interest | K | T | | | | | |
| 4. Southside Bank Savings | A | Interest | J | T | | | | | |
| 5. Southside Bank Savings (sp)(See exp. Part VIII) | | None | K | T | | | | | |
| 6. U.S. Treasury I Bond | A | Interest | J | T | | | | | |
| 7. U.S. Treasury I Bond | A | Interest | J | T | | | | | |
| 8. U.S. Treasury I Bond | A | Interest | J | T | | | | | |
| 9. U.S. Treasury I Bond | A | Interest | J | T | | | | | |
| 10. Allianz CCM Mid CAPA M/F | A | Dividend | J | T | | | | | |
| 11. DWS Dreman High Return Eqa M/F | A | Dividend | J | T | | | | | |
| 12. Davis Real Estate A M/F | A | Dividend | J | T | | | | | |
| 13. Fidelity Adv Dvrsfd Int A M/F | A | Dividend | J | T | | | | | |
| 14. American GR FD of America F M/F | A | Dividend | J | T | | | | | |
| 15. Janus Mid Cap Value Inv M/F | A | Dividend | J | T | | | | | |
| 16. Pimco Total Return A M/F | A | Dividend | J | T | | | | | |
| 17. Vitrus Multi-Sector S/T BD A (fka Phoenix MultiSector M/F | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mihm, Michael M. | 04/21/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. RS Partners Fund A M/F | A | Dividend | J | T | | | | | |
| 19. T Rowe Price Eqi-Inc Adv M/F | A | Dividend | J | T | | | | | |
| 20. Lazard Emerging Markets M/F | A | Dividend | J | T | | | | | |
| 21. Thornburg Int. Value A M/F | A | Dividend | J | T | | | | | |
| 22. Legg Mason PRTNRS IN-TRM Munic C (See exp. part VIII) | A | Interest | K | T | Buy | 8/28 | K | | |
| 23. New York Life Insurance Whole Life (See exp. part VIII) | A | Dividend | J | T | | | | | |
| 24. EQ/AXA Rosenberg Value | | None | J | T | | | | | |
| 25. EQ/Int. Core Plus | | None | J | T | | | | | |
| 26. EQ/Cap. Guardian Research | | None | J | T | | | | | |
| 27. EQ/Marisco Focus | | None | J | T | | | | | |
| 28. EQ/Gamco Small Cp. Value | | None | J | T | | | | | |
| 29. EQ/Gamco Merger Acquisit | | None | J | T | | | | | |
| 30. EQ/Lord Abbett Mid Cap UA | | None | J | T | | | | | |
| 31. EQ/Van Kampen Comstock | | None | J | T | | | | | |
| 32. EQ/Van Kampen Real Estate | | None | J | T | | | | | |
| 33. NW NVIT Inv. Dest. Moda ggR2 | | None | J | T | | | | | |
| 34. MVA/GTO 5 year | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Continued explanation from Part III-A, line 1 - Courses taught January and August. Vacation time was used. $6,000 for January session, $6,000 for August session. Line 2 - Grant was to defray expenses for trip to China to give Rule of Law lectures for the U.S. State Department at universities and courts. This was reported as item #8 under reimbursements (Part IV) last year. I did not receive payment until January 2009. I did not originally understand it would be considered income. Reported the $3,900 as income on 2008 income tax return.

Part VII - line 1 - AXA Elite Annuity is invested 9 mutual funds - those are now listed in Part VII, lines 24-32. Have not previously listed individually. List same as last year.

Part VII - line 2 - Morgan Stanley ● Nationwide Venue IRA. Two Mutual funds in IRA. I didn't list them before. They are now listed on lines 33 & 34. No change from last year.

Part VII - line 5 - South Side Savings Bank ●. Has been listed as savings account with interest. That is a mistake. Is actually a checking account. ████████

Part VII - line 22 - Legg Mason Prtnrs IN-TRM Muni C. This is a tax free Municipal Bond purchased with funds from the Morgan Stanley Asset Money Trust/Money Market.

Part VII - line 23 - New York Life Insurance Whole Life Policies. Have had these policies for many years. Didn't realize until recently I was supposed to report the dividends, which I have always used to pay part of interest on the debt on the policies.

| Name of Person Reporting | Date of Report |
|---|---|
| Mihm, Michael M. | 04/21/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544